UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Sentry Equipment Corp., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:18cv417 |
| Gary K. Evans, Aceco Machine, Inc., Best and Compton Enterprise, LLC, Raymond C. Best, and Matthew W. Compton, | § § § § § | Judge Robert W. Schroeder III Magistrate Judge John D. Love |
| Defendants. | § | |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT, INJUNCTION AND DISMISSAL ORDER WITH RESPECT TO DEFENDANTS RAYMOND C. BEST, MATTHEW W. COMPTON AND BEST AND COMPTON ENTERPRISE, LLC**

Plaintiff, Sentry Equipment Corp., and Defendants Best and Compton Enterprise, LLC, Raymond C. Best and Matthew W. Compton (collectively "the B&C Defendants") now move under Fed.R.Civ.P. 41(a)(2) for entry of the attached consent judgment, injunction and dismissal order with respect to the B&C Defendants. Such Order, including its injunction, is based on a Settlement Agreement reached by Sentry and the B&C Defendants with respect to all claims in this case against the B&D Defendants. The Order dismisses the case against them with prejudice.

Respectfully submitted,

JANSSON MUNGER MCKINLEY & KIRBY LTD.

By _____
Peter N. Jansson
Molly H. McKinley
Patrick J. Kim
601 Lake Avenue
Racine, WI 53403
Tel.: 262-632-6900

*Attorneys for Plaintiff, Sentry Equipment Corp.*

MATTHEWS, LAWSON, McCUTCHEON & JOSEPH, PLLC

By _____
Terry L. McCutcheon
Lee N. Joseph
2000 Bering Drive, Suite 700
Houston, TX 77057
Tel.: 713-355-4200

*Attorneys for Defendants Best and Compton Enterprise, LLC, Raymond C. Best and Matthew W. Compton*

RAMEY & FLOCK, P.C.

By /s/ Andrew W. Stinson
Andrew W. Stinson
100 E. Ferguson, Suite 404
Tyler, TX  75202
Tel.: 903-597-3301

*Local Counsel for Plaintiff,
Sentry Equipment Corp.*