UNITED STATES DISTRICT COURT EASTERN DISTRICT
OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Sentry Equipment Corp., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:18cv417 |
| | § | |
| Gary K. Evans and Aceco Machine, Inc., | § | Judge Jeremy D. Kernodle |
| | § | Magistrate Judge John D. Love |
| Defendants. | § | |
| | § | |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT, INJUNCTION AND DISMISSAL ORDER

Plaintiff, Sentry Equipment Corp. ("Sentry"), and Defendants Gary K. Evans and Aceco Machine, Inc. (collectively "Evans/Aceco") now move under Federal Rule of Civil Procedure 41(a)(2) for entry of the attached consent judgment, injunction and dismissal order.  Such Order is based on a Settlement Agreement reached by Sentry and Evans/Aceco with respect to all remaining claims in this litigation.

October 31, 2019

Respectfully submitted,

**JANSSON MUNGER MCKINLEY & KIRBY LTD.**

s/Peter N. Jansson
Peter N. Jansson (IL State Bar No. 1326074)
Molly H. McKinley (WI Bar No. 1037941)
Patrick J. Kim (WI Bar No. 1115916)
601 Lake Avenue
Racine, WI  53403
Tel.:  262/632-6900
Fax: 262/632-2257
pjansson@janlaw.com
mmckinley@janlaw.com
pkim@janlaw.com

**THE DACUS FIRM, P.C.**

s/Deron Dacus
Deron Dacus (State Bar No. 00790553)
Shannon Dacus (State Bar No. 00791004)
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Tel.: 903/705-1117
Fax: 903/581-2543

ddacus@dacusfirm.com
sdacus@dacusfirm.com

**RAMEY & FLOCK P.C.**

  s/ Andrew W. Stinson
_____
 Andrew W. Stinson (State Bar No. 24028013)
100 E. Ferguson, Suite 404
Tyler, TX  75202
Tel.:  903/597-3301
Fax: 903/597-2413
astinson@rameyflock.com


**Attorneys for Plaintiff,
Sentry Equipment Corp.**

**PHILLIPS & GILCHRIST, LLP**

  s/Glenn D. Phillips
_____
 Glenn D. Phillips (State Bar No. 15924900)
M. Kathleen Gilchrist Brucia
(State Bar No. 00785908)
1003 Stone Road
Kilgore, TX 75662
Tel: 903/984-3300
Fax: 903/983-1200
gphillips@cablelynx.com
mkgb@cablelynx.com


**Attorneys for Defendants,
Gary K. Evans and Aceco Machine, Inc.**