# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SENTRY EQUIPMENT CORP., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:18-CV-417-JDK-JDL |
| GARY K. EVANS and ACECO MACHINE, INC., | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the Consent Judgment, Injunction, and Order of Dismissal entered this same date, the Court hereby enters final judgment. All asserted claims and counterclaims in this matter are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs. All relief not specifically granted is **DENIED**. All pending motions are **DENIED** as moot. The Clerk of Court is directed to **CLOSE** this case.

**So ordered and signed on this**
Dec 6, 2019

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1